IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BERNARD WILLIAMS, #K-70159,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CASE NO. 11-cv-0671-MJR |
| ) | |
| **BRETT A. KLINDWORTH** ) | |
| **and SHERI L. LEE-JONES,** ) | |
| ) | |
| **Defendants.** ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

On Plaintiff's motion this action was voluntarily dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff shall take nothing from this action.

**DATED**:   September 20, 2011

NANCY J. ROSENSTENGEL, CLERK


By: s/ Tanya Kelley
   Deputy Clerk


APPROVED:   /s/ Michael J. Reagan
   Michael J. Reagan
   United States District Judge